907 F.2d 114
 Sheri LIPSCOMB, By and Through her next friend, Carolyn
DEFEHR; Autumn Scalf, & William Scalf, By and Through their
next friend Gloria Self, on Behalf of themselves and all
others similarly situated, Plaintiffs-Appellants,
v.
Dan SIMMONS, individually and in his official capacity as
Acting Director, Department of Human Resources of the State
of Oregon; & Jess Armas, individually and in his official
capacity as Acting Assistant Director, Department of Human
Resources of the State of Oregon and Acting Administrator,
Children's Services Division, Department of Human Resources
of the State of Oregon, Defendants-Appellees.
 No. 87-4079.
 United States Court of Appeals,
Ninth Circuit.
 July 10, 1990.
 
 Prior report: 884 F.2d 1242.
 Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, and RYMER, Circuit Judges.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.